1 Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email: service@mission.legal

5 Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-03919-JCS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| SALEH NAGI NASHER dba SAMS MARKET AND LIQUOR; JERRY UNDERWOOD; PATRICIA UNDERWOOD; | |
| Defendants. | |

1    **IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and
2    Defendants, Jerry Underwood; and Patricia Underwood, the parties to this action, that pursuant
3    to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed
4    with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: December 15, 2017                         MISSION LAW FIRM, A.P.C.

                                                 */s/ Zachary M. Best*
                                                 Zachary M. Best
                                                 Attorney for Plaintiff,
                                                 Francisca Moralez


Dated: December 15, 2017                         BERLINER COHEN LLP

                                                 */s/ Laura Palazzolo*
                                                 Laura Palazzolo
Dated: December 20, 2017                         Attorneys for Defendants,
                                                 Jerry Underwood and Patricia Underwood

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA